CRAIG H. MISSAKIAN
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
David.Priddy@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA NER,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 4:25-cv-07701-KAW<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

The Appeals Council will remand the case to a different Administrative Law Judge for a new decision. On remand, the Appeals Council will instruct the Administrative Law Judge to take any further action needed to complete the administrative record and issue a new decision. The parties

Stip. to Vol. Remand, 4:25-cv-07701-KAW                    1

further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 27, 2026          By:     /s/ *Francesco Benavides*
                                          FRANCESCO BENAVIDES
                                          (as authorized by email)
                                          Attorney for Plaintiff

Dated: February 27, 2026                  CRAIG H. MISSAKIAN
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1


                                  By:     /s/ *David Priddy*
                                          DAVID PRIDDY
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, David Priddy, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.


                                  IT IS SO ORDERED:


DATE:  March 2, 2026
                                  _____
                                  HONORABLE KANDIS A. WESTMORE
                                  UNITED STATES MAGISTRATE JUDGE